IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| | ] | |
| Plaintiff/Respondent, | ] | |
| | ] | |
| vs. | ] | CASE NO: 3:05-cr-121-MHT |
| | ] | CIVIL NO: 3:08CV38-MHT |
| MALIK ELAWAD, | ] | [28 USC §2255] |
| | ] | |
| Defendant/Movant. | ] | |
| | ] | |

**DEFENDANT'S OMNIBUS MOTION FOR: (1) TEMPORARY ABEYANCE IN THIS PROCEEDING; (2) FOR PRODUCTION DOCUMENTS FROM HIS CRIMINAL FILE; AND (3) FOR LEAVE TO AMEND AND TO SUPPLEMENT HIS PRO SE 28 U.S.C. §2255 MOTION**

COMES NOW the Defendant/Movant, Malik Elawad ("Elawad"), proceeding pro se, and in forma pauperis, within the meaning of Haines v. Kerner, 404 U.S. 519 (1972); and Adkins v. DuPont De Nemours, 335 U.S. 331, 93 L.Ed.2d (1948), and hereby respectfully moves this Honorable Court to grant the instant Omnibus Motion. In support thereof states as follows:

In consort with this motion, Elawad has filed a Motion to Vacate, Set Aside, and Correct a Sentence by a Person in Federal Custody, pursuant to 28 U.S.C. §2255, and a Sworn Affidavit. He also filed this motion in support of his §2255 motion and of his Affidavit, and prays that the Court grants the relief sought hereat for the following reasons:

1.    **TEMPORARY ABEYANCE IN THIS PROCEEDING:**

Elawad's §2255 motion [Standard Format] raises various grounds claiming violations of his Constitutional Rights. However, his said grounds are incomplete because he does not have a copy of all relevant documents in his case, in spite of the fact that he has asked his lawyer to furnish him with

1

a complete copy of his criminal case. At this point he is still awaiting for his lawyer to send him a copy of his Sentencing Transcripts, which is a critical document to complete and corroborate the allegations raised in his §2255 motion (Exhibit A).

2.    **PRODUCTION OF DOCUMENTS FROM HIS CRIMINAL CASE:**

A federal prisoner has no absolute right to any transcripts of his criminal proceeding in order to prepare a §2255 motion. See United States v. MacCollum, 426 U.S. 317 (1976). However, after a §2255 motion is filed, transcripts may be furnished to a prisoner at government's expense (1) if the prisoner is entitled to proceed in forma pauperis, and (2) the Court certifies that the claim raised in the §2255 is not frivolous and the transcript is needed to decide the motion. See 28 U.S.C. §753(f); 28 U.S.C. §2250.

Here, the record shows that Elawad has been indigent from the outset of this case. Furthermore, the Eleventh Circuit Court of Appeals has ruled that "the obligation to come forward with the court's record is squarely upon the government, not the petitioner. See Bundy v. Wainwright, 808 F3d 1410, 1415 (CA11 1987); United States v. Horvarth, 157 F3d 131 (CA2 1998)(motion for free transcripts is ripe once petitioner filed his §2255 motion challenging his sentence).

3.    **LEAVE TO AMEND AND SUPPLEMENT §2255 MOTION:**

Based on the fact that Elawad's §2255 motion is incomplete, and he does not have a complete copy of his criminal case, he asks the Court in the interest of justice to allow him to supplement and to amend his §2255 motion and its arguments which he sparsely has raised in the §2255-Form, and once the government has furnished him with a copy of the transcripts, he then would

be able to amend and to supplement his §2255 motion.

## CONCLUSION

Elawad asserts that this motion is filed in good faith and in no way to inure any vexation or time restrains upon this Honorable Court or onto the opposite party.

He therefore prays that this Honorable Court accepts this motion and that this motion be granted. He also prays for any other relief the Court deems to be just and proper.

Respectfully submitted this 14th day of January, 2008.


## CERTIFICATE OF SERVICE

I hereby certify that one (1) original and two (2) copies of this motion were mailed first class mail postage prepaid, to:

    United States District Court
    Middle District of Alabama
    Office of the Clerk
    P.O.Box 711
    Montgomery, AL 36101-0711


Executed this 14th day of January, 2008, pursuant to 28 U.S.C. §1746.

Malik Elawad
#56894-019 (B/A)
FCI Talladega
PMB 1000
Talladega, AL 35160

January 8, 2007

                                        Malik Elawad
                                        #56894-019 (B/A)
                                        FCI Talladega
                                        PMB 1000
                                        Talladega, AL 35160

Federal Defenders
Middle District of Alabama
Ms. Patricia Kemp, Esq.
201 Monroe Street, Suite 407
Montgomery, AL 36104

          RE:    USA v. Malik Elawad
                 Case No:3:05-CR-121-MHT

Dear Ms. Kemp:

        Cordial greetings. I am writing this letter to request your assistance
to obtain a copy of my "Sentencing Transcripts."

        For quite a while, I have been trying to obtain a copy of my Sentencing
Transcripts to be able to work on my §2255 motion. I first contacted
Christine and I asked her to send me an entire copy of my case file. She,
however, only sent a copy of my Psychology Report to my parents, who in turn,
had to mail it back to me. Withal, she told me that the only way I may
receive a copy of my sentencing transcripts will be by contacting Mitchell
Reisner, Court Reporter.

        Due to my limited use of the phone here, I asked my brother to call
Mr. Reisner. When he finally got in touch with Mr. Reisner, he told my
brother that Ms. Christine Freemen, my public defender, is who should be able
to send me the transcripts, and at no charge.

        After my brother informed me what Mr. Reisner told him, I immediately
called your office, and I communicated to you the conversation that Mr.
Reisner and my brother had had. You advised me that you would provide me with
a copy of my Sentencing Memorandum only, which I recently received.

        As you can see, Ms. Kemp, my requests for a copy of my Sentencing
Transcripts have been going in circles, and I have not been able to prepare
my §2255 motion without this important document hitherto. I feel that these
actions and inactions are hindering me from a proper and meaningful access
to the court.

        Hence, I would appreciate it very much if you please furnish me with
a copy of my Sentencing Transcripts as soon as possible. Please bear in mind
that the due date to file my §2255 motion is January 19, 2008.

Thank you for your time and assistance in this matter. I am looking forward to hearing soon from you.

Sincerely,

Malik Elawad

ME/gms.