IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MALIK ELAWAD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:08cv38MHT |
| ) | (CR No. 3:05-cr-121-MHT) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**UNITED STATES'S MOTION FOR AN EXTENSION OF TIME
WITHIN WHICH TO FILE RESPONSE TO 28 U.S.C. § 2255 MOTION**

COMES NOW the United States of America ("the Government") by and through its attorneys, Leura G. Canary, United States Attorney, and Sandra J. Stewart, Assistant United States Attorney, and respectfully requests that this Court grant the Government an additional two weeks in which to file its response to Petitioner Malik Elawad's's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody, as follows:

1.  On January 14, 2008, Petitioner/Defendant Malik Elawad filed *pro se* a Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody in which he raises eight separate claims for relief. On January 22, 2008, this Court entered an order directing the Government to file a response to the motion within 30 days of the date of the order. Currently, the Government's response is due on February 21, 2008.

2.  Several of the allegations of error made by Elawad involve his sentencing proceedings in this case. The Government has requested a transcript of that sentencing hearing from the court reporter in the case, but has not yet received a copy of that transcript. To

1

effectively address the issues raised by Elawad, the Government will need a copy of the requested transcript.

      3.      Moreover, the Government would request additional time to respond because undersigned counsel is unfamiliar with the record in this case and must review it in its entirety before addressing the eight claims of error raised. Further, undersigned counsel has, since the entry of this Court's January 22, 2008, order been preparing two other § 2255 responses (*Jorge Alberto Del Cid v. United States of America*, Civil Action No. 2:07cv1094-WHA and *David DuJuan Wise v. United States of America*, Civil Action No. 2:08cv17-MHT) and two briefs on behalf of the Government for the Eleventh Circuit Court of Appeals (*United States v. Jorge Gonzalez*, No. 07-14651-JJ and *United States v. John Thomas Riley, Jr.*, No. 06-15546-FF), all of which have been filed as of today. She also currently has due two additional responses to § 2255 motions due in the next three weeks.

      4.      For all of these reasons, the Government would request an additional two weeks or 14 days within which to respond to Elawad's § 2255 motion. With this extension, the Government's response will be due on March 6, 2008.

Respectfully submitted this 15th day of February, 2008.

                           LEURA G. CANARY
                           UNITED STATES ATTORNEY

                           /s/ Sandra J. Stewart
                           SANDRA J. STEWART
                           Assistant United States Attorney
                           131 Clayton Street
                           Montgomery, AL  36101-0197
                           (334) 551-1764
                           (334) 223-7135

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MALIK ELAWAD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:08cv38MHT |
| ) | (CR No. 3:05-cr-121-MHT) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system and mailed, postage prepaid, a copy of this response to the *pro se* Defendant/Petitioner as follows:

> Malik Elawad
> Rg. #56894-019 (Beta A)
> FCI Talladega
> PMB 1000
> Talladega, AL  35160

> Respectfully submitted,
>
> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/  Sandra J. Stewart
> SANDRA J. STEWART
> Assistant United States Attorney
> 131 Clayton Street
> Montgomery, AL  36101-0197
> (334) 551-1764
> (334) 223-7135

1