IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MALIK ELAWAD,                          )
                                       )
            Petitioner,                )
                                       )
     v.                                )          Civil Action No. 3:08cv38-MHT
                                       )
UNITED STATES OF AMERICA,              )
                                       )
            Respondent.                )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on February 15, 2008 (Doc. No. 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the United States be GRANTED an extension from February 21, 2008, to and including March 6, 2008, to file a response to Petitioner's 28 U.S.C. § 2255 motion in compliance with this court's order entered on January 22, 2008.

Done this 15th day of February, 2008.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE