IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MALIK ELAWAD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:08cv38-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

On January 16, 2008 (Doc. No. 2), the petitioner filed a pleading that contained **(1)** a *motion for "temporary abeyance in this proceeding,"* **(2)** a *motion for production of a transcript of the sentencing hearing,"* and **(3)** a *motion for leave to amend the 28 U.S.C. § 2255 motion*. Upon consideration of this pleading, and for good cause, it is

ORDERED that:

1. The petitioner's *motion for "temporary abeyance in this proceeding"* is DENIED.

2. The petitioner's *motion for production of a transcript of the sentencing hearing* is GRANTED. The petitioner is advised that the government has requested a transcript of the sentencing hearing from the court reporter in this case. **On or before March 13, 2008**, the government shall file with this court a transcript of the sentencing hearing and

provide a copy of this transcript to the petitioner.

3. The petitioner's *motion for leave to amend the 28 U.S.C. § 2255 motion* is GRANTED. The petitioner is advised that he shall file any amendment to the § 2255 motion within twenty (20) days after the date he is provided with the requested sentencing transcript.

Done this day of 19th day of February, 2008.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE